# COURT MINUTES

Page 2

## Chief Magistrate Judge Jonathan Goodman

| King Building Courtroom 11-3 | Date: 1/15/25 | Time: 10:00 a.m. |

Defendant: **Steven Worbey**  J#: **13972-506**  Case #: **25-MJ-2027-TORRES**
AUSA: **Nicolas Carre'**  Attorney: **Stephen T. Millian (TEMP)**
Violation: **Possession of Child Pornography**
Proceeding: **Pretrial Detention Hearing**  CJA Appt:
PTD Held:  ☒ Yes  ☐ No  Recommended Bond:
Bond Set at: **Pretrial Detention**  Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: **English**

**Disposition:**
P/A & RRC set 1/22/25. AFPD will remain in the case until a permanent appearance is filed. Brady Order given. Pretrial Detention held. Government's Ore Tenus Motion for Pretrial Detention-GRANTED based on serious risk of flight. Witness, Special Agent Keith Wilson sworn and testified.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. **JG-10:01:46; 10:04:16**   Time in Court: **22 mins.**